425 A.2d 850

Commonwealth v. Lee, Appellant.

Sub-

* Judge Donald E. Wieand is sitting by special designation.

mitted September 13, 1979. Stephen J. Margolin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.